Certificate Number: 16339-PAW-DE-036882555

Bankruptcy Case Number: 22-21814



16339-PAW-DE-036882555

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>October 5, 2022</u>, at <u>8:17</u> o'clock <u>PM EDT</u>, <u>David Russell</u> completed a course on personal financial management given <u>by internet</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:   October 5, 2022          By:   /s/Kelley Tipton

                                 Name: Kelley Tipton

                                 Title: Certified Financial Counselor