Certificate Number: 16339-PAW-DE-036882556

Bankruptcy Case Number: 22-21814



16339-PAW-DE-036882556

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 5, 2022, at 8:17 o'clock PM EDT, Leslie Russell completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:  October 5, 2022                By:  /s/Kelley Tipton

                                       Name:  Kelley Tipton

                                       Title:  Certified Financial Counselor