IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:
David Roy Russell and Leslie Ann Russell
Debtor(s)

Bankruptcy No. 22-21814-JAD

Chapter 13

Related to Document No. 25, 26

**CERTIFICATE OF SERVICE OF
ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT AND LOCAL FORM 12**

I certify under penalty of perjury that I served the above captioned pleading on the parties listed below on November 30, 2022.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  First Class Mail, postage pre-paid to:

> Estes Express Lines
> c/o Payroll Coordinator
> 3901 East Broad Street
> Richmond, VA 23230

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

EXECUTED ON:  November 30, 2022

/s/ *Corey J. Sacca*
Corey J. Sacca, Esquire
20 N. Pennsylvania Ave, Suite 201
Greensburg, PA  15601-2337
csacca@bononilaw.com
(724) 832-2499
PA ID# 306741

**PAWB Local Form 7 (07/13)**