FILED
11/30/22 12:35 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>David Roy Russell and Leslie Ann Russell,<br>    Debtor(s)<br><br>David Roy Russell<br>    Movant<br>           v.<br>Estes Express Lines and Ronda J. Winnecour, Trustee,<br>    Respondent(s) | Bankruptcy No. 22-21814-JAD<br><br>Chapter 13<br><br>Motion No. WO-1<br><br>Related to ECF No. 25 |

**ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT**

The above named Debtor, David Roy Russell, having filed a Chapter 13 petition and Debtor having moved to attach wages to fund the Chapter 13 plan,

    IT IS, THERFORE, ORDERED that until further order of this Court, the Respondent from which the Debtor receives income:

        Estes Express Lines
        c/o Payroll Coordinator
        3901 East Broad Street,
        Richmond, VA 23230

1. Shall deduct from that income the sum of $ 296.00 Weekly, beginning on the next pay day following receipt of this order and deduct a similar amount each pay period thereafter, including any period for which the Debtor receives a periodic or lump sum payment as a result of vacation, termination, or other benefits arising out of present or past employment, or from any other benefits payable to the Debtor, and shall remit the deducted sums ON AT LEAST A MONTHLY BASIS to:

        RONDA J. WINNECOUR
        CHAPTER 13 TRUSTEE, W.E.P.A.
        P.O. BOX 84051
        CHICAGO IL  60689-4002

2. The Debtor is paid Bi-weekly, and the monthly plan payment is $1,280.00
3. The above-named entity shall notify the Trustee if the Debtor's income is terminated and the reason therefore.
4. The Debtors shall serve this order and a copy of the Notification of Debtor's Social Security Number. Local Bankruptcy Form 12, that includes the debtor's full Social Security number on the Respondent. Debtor shall file a certificate of service regarding service of the order and local form, but the Social Security number shall not be included on the certificate.
5. All remaining income of the Debtor, except the amounts required to be withheld for taxes, Social Security, insurance, pension, or union dues shall be paid to the Debtor in accordance with usual payment procedures.
6. NO OTHER DEDUCTION FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION OR ANY OTHER PURPOSE NOT SPECIFICALLY AUTHORIZED BY THIS COURT BE

    MADE FROM THE INCOME OF DEBTOR WITH THE EXCEPTION OF ANY CHILD OR DOMESTICSUPPORT PAYMENTS.

7. This order supersedes previous orders made to the above named Respondent in this case.
8. The Respondent shall not charge any fee to the Debtor for the administration of this attachment order, except as may be allowed upon application to and order of this Court.
9. That the Debtor(s) shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin. The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed. Any failure to timely remit full Plan payments to the trustee may result in the dismissal of the case after notice and hearing. Employers and other who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to debtor and this estate.

DATED this __30th__ day of _____November_____, 2022.

_____
Hon. Jeffery A. Deller
United States Bankruptcy Court

Case Administrator to serve Debtor, Counsel for Debtor

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                          Case No. 22-21814-JAD
David Roy Russell                                                                   Chapter 13
Leslie Ann Russell
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 2
Date Rcvd: Nov 30, 2022     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 02, 2022:**

**Recip ID**    **Recipient Name and Address**
db/jdb          + David Roy Russell, Leslie Ann Russell, 3013 Route 259, Bolivar, PA 15923-2140

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2022      Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 30, 2022 at the address(es) listed below:

**Name**                    **Email Address**
Brian Nicholas
                            on behalf of Creditor Towd Point Mortgage Trust 2019-4 U.S. Bank National Association, as Indenture Trustee
                            bnicholas@kmllawgroup.com

Corey J. Sacca
                            on behalf of Debtor David Roy Russell csacca@bononilaw.com
                            coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;3230706420@filings.docketbird.com

Corey J. Sacca
                            on behalf of Joint Debtor Leslie Ann Russell csacca@bononilaw.com
                            coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;3230706420@filings.docketbird.com

Office of the United States Trustee
                            ustpregion03.pi.ecf@usdoj.gov

| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Nov 30, 2022 | Form ID: pdf900 | Total Noticed: 1 |

Ronda J. Winnecour
                cmecf@chapter13trusteewdpa.com

TOTAL: 5