**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

05/17/2024

| | |
|---|---|
| IN RE:<br><br>DAVID ROY RUSSELL<br>LESLIE ANN RUSSELL<br>3013 ROUTE 259<br>BOLIVAR, PA 15923<br>XXX-XX-8073        Debtor(s)<br><br>XXX-XX-4912 | Case No.22-21814 JAD<br><br>Chapter 13 |

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

    This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

    This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

    The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

5/17/2024

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **AIS PORTFOLIO SERVICES (AMERICAN INFO SC** ATTN BANKRUPTCY NOTICING 4515 N SANTA FE AVE DEPT APS OKLAHOMA CITY, OK 73118 | Trustee Claim Number: 1   INT %: 0.00% Court Claim Number: CLAIM: 0.00 COMMENT: ALLY FNCL/PRAE | CRED DESC: NOTICE ONLY ACCOUNT NO.: |
| **KML LAW GROUP PC*** 701 MARKET ST STE 5000 PHILADELPHIA, PA 19106 | Trustee Claim Number: 2   INT %: 0.00% Court Claim Number: CLAIM: 0.00 COMMENT: TOWD POINT MORT/PRAE | CRED DESC: NOTICE ONLY ACCOUNT NO.: |
| **CRESCENT BANK & TRUST** PO BOX 2829 ADDISON, TX 75001 | Trustee Claim Number: 3   INT %: 5.25% Court Claim Number: 5 CLAIM: 6,476.77 COMMENT: 6420@5.25%/PL | CRED DESC: VEHICLE ACCOUNT NO.: 2465 |
| **ONE MAIN FINANCIAL GROUP LLC A/S/F ONE M** PO BOX 3251 EVANSVILLE, IN 47731-3251 | Trustee Claim Number: 4   INT %: 0.00% Court Claim Number: 4 CLAIM: 0.00 COMMENT: SURR/PL*CL=0*W/37 | CRED DESC: VEHICLE ACCOUNT NO.: 3276 |
| **TOWD POINT MORTGAGE TRUST ET AL US BAN** C/O SELECT PORTFOLIO SERVICING INC(*) ATTN: REMITTANCE PROCESSING PO BOX 65450 SALT LAKE CITY, UT 84165-0450 | Trustee Claim Number: 5   INT %: 0.00% Court Claim Number: 17 CLAIM: 0.00 COMMENT: 464/PL@SPS*469.59x(60+2)=LMT*BGN 10/22 | CRED DESC: MORTGAGE REGULAR PAYMEN ACCOUNT NO.: 6743 |
| **AMERICAN COLLECTION SVC** 3100 SW 59TH ST OKLAHOMA CITY, OK 73119 | Trustee Claim Number: 6   INT %: 0.00% Court Claim Number: CLAIM: 0.00 COMMENT: ATOKA CNTY MDCL/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 9834 |
| **PRA/PORTFOLIO RECOVERY ASSOC** POB 12914 NORFOLK, VA 23541 | Trustee Claim Number: 7   INT %: 0.00% Court Claim Number: 12 CLAIM: 386.64 COMMENT: X3984/SCH*TBOM | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 2644 |
| **BUREAU ACCOUNT MANAGEMENT** 3607 ROSEMONT CAMP HILL, PA 17011 | Trustee Claim Number: 8   INT %: 0.00% Court Claim Number: CLAIM: 0.00 COMMENT: NOVACARE/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 0132 |
| **PRA/PORTFOLIO RECOVERY ASSOC** POB 12914 NORFOLK, VA 23541 | Trustee Claim Number: 9   INT %: 0.00% Court Claim Number: 15-2 CLAIM: 1,690.58 COMMENT: CITIBANK*THD*AMD | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 8486 |
| **PRA/PORTFOLIO RECOVERY ASSOC** POB 12914 NORFOLK, VA 23541 | Trustee Claim Number: 10   INT %: 0.00% Court Claim Number: 16-2 CLAIM: 304.26 COMMENT: CITIBANK*THD*AMD | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 5724 |

| Creditor | Claim Info | Creditor Description |
|---|---|---|
| **COLLECTION SERVICE CENTER INC**<br>832 5TH AVE - CORPORATE OFFICE<br>PO BOX 560<br>NEW KENSINGTON, PA 15068 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: IFPH |
| **COLLECTION SERVICE CENTER INC**<br>832 5TH AVE - CORPORATE OFFICE<br>PO BOX 560<br>NEW KENSINGTON, PA 15068 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: IFPH |
| **QUANTUM3 GROUP LLC - AGENT FOR COMENITY**<br>PO BOX 2489<br>KIRKLAND, WA 98083-2489 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: 13<br>CLAIM: 274.03<br>COMMENT: WOMANWITHIN | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0286 |
| **CREDIT COLLECTIONS USA**<br>16 DISTRIBUTOR DRIVE<br>STE 1<br>MORGANTOWN, PA 26501-7209 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DIGESTIVE HEALTH CNTR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9701 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 685.37<br>COMMENT: SHERMAN/CREDIT ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9945 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 119.29<br>COMMENT: SHERMAN/CREDIT ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1441 |
| **EOS CCA**<br>700 LONGWATER DR.<br>NORWELL, MA 02061 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~VERIZON/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7723 |
| **FINANCE SYSTEM**<br>5703 NATIONAL RD EAST<br>RICHMOND, IN 47374 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: INDIANA RGNL IMGNG/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5260 |
| **QUANTUM3 GROUP LLC - AGENT GENESIS FS C**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 2489<br>KIRKLAND, WA 98083-2489 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 484.80<br>COMMENT: CELTIC BK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1466 |
| **QUANTUM3 GROUP LLC - AGENT GENESIS FS C**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 2489<br>KIRKLAND, WA 98083-2489 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 102.40<br>COMMENT: 6719/SCH*CELTIC BK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9824 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **GINNYS** <br> 1112 7TH AVE <br> MONROE, WI 53566 | Trustee Claim Number: 21  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: NT ADR~SWISS COLONY/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 463O |
| **KEYBRIDGE MEDICAL REVENUE CARE** <br> 2348 BATON ROUGE <br> LIMA, OH 45805 | Trustee Claim Number: 22  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: IRMC/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 4570 |
| **MED DATA SYSTEM** <br> POB 1149 <br> SEBRING, FL 33871-1149 | Trustee Claim Number: 23  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: INDIANA PHYSCNS GRP/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 8424 |
| **MED DATA SYSTEM** <br> POB 1149 <br> SEBRING, FL 33871-1149 | Trustee Claim Number: 24  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: INDIANA HLTHCR PHYSCNS/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 5012 |
| **MIDLAND FUNDING** <br> PO BOX 2011 <br> WARREN, MI 48090 | Trustee Claim Number: 25  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: NT ADR~CREDIT ONE/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 9968 |
| **MIDLAND FUNDING** <br> PO BOX 2011 <br> WARREN, MI 48090 | Trustee Claim Number: 26  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: NT ADR~CREDIT ONE/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 0165 |
| **MIDLAND FUNDING** <br> PO BOX 2011 <br> WARREN, MI 48090 | Trustee Claim Number: 27  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: NT ADR~CAP 1/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 2916 |
| **MIDLAND FUNDING** <br> PO BOX 2011 <br> WARREN, MI 48090 | Trustee Claim Number: 28  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: NT ADR~CAP 1/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 9158 |
| **MIDNIGHT VELVET** <br> C/O CREDITORS BANKRUPTCY SERVICE* <br> PO BOX 800849 <br> DALLAS, TX 75380 | Trustee Claim Number: 29  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 429O |
| **CREDITOR INFORMATION MISSING OR VAGUE** <br> NEED VERIFICATION | Trustee Claim Number: 30  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: OPPORTUN?/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 4072 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **PHOENIX FINANCIAL SERVICE++**<br>PO BOX 361450<br><br>INDIANAPOLIS, IN  46236-1450 | Trustee Claim Number: 31  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: AHN ER INDIANA/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1584 |
| **GREENSKY LLC(*)**<br>PO BOX 2153 - DEPT# 3025<br><br>BIRMINGHAM, AL  35287 | Trustee Claim Number: 32  INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 7,087.39<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0834 |
| **THE BUREAUS INC**<br>650 DUNDEE RD STE 370<br><br>NORTHBROOK, IL  60062-2757 | Trustee Claim Number: 33  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CAP 1/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4977 |
| **1ST SUMMIT BANK(*)**<br>ATTN: COLLECTIONS<br>POB 5480*<br>JOHNSTOWN, PA  15904 | Trustee Claim Number: 34  INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 2,500.84<br>COMMENT: FR VALUE FINANCE-DOC 33 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3219 |
| **1ST SUMMIT BANK(*)**<br>ATTN: COLLECTIONS<br>POB 5480*<br>JOHNSTOWN, PA  15904 | Trustee Claim Number: 35  INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 0.00<br>COMMENT: CL=0*FR VALUE FNC-DOC 34*W/36 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5270 |
| **1ST SUMMIT BANK(*)**<br>ATTN: COLLECTIONS<br>POB 5480*<br>JOHNSTOWN, PA  15904 | Trustee Claim Number: 36  INT %: 14.99%<br>Court Claim Number: 1<br>CLAIM: 1,331.88<br>COMMENT: CL1GOV*NO SEC/SCH-PL*FR VALUE FNC-DOC 34*W/35 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 5270 |
| **ONE MAIN FINANCIAL GROUP LLC A/S/F ONE M**<br>PO BOX 3251<br><br>EVANSVILLE, IN  47731-3251 | Trustee Claim Number: 37  INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 5,141.00<br>COMMENT: NO GEN UNS/SCH*DFNCY BAL*SURR@4 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3276 |
| **TOWD POINT MORTGAGE TRUST ET AL US BAN**<br>C/O SELECT PORTFOLIO SERVICING INC(*)<br>ATTN: REMITTANCE PROCESSING<br>PO BOX 65450<br>SALT LAKE CITY, UT  84165-0450 | Trustee Claim Number: 38  INT %: 0.00%<br>Court Claim Number: 17<br>CLAIM: 2,448.07<br>COMMENT: 1k/PL@SPS*THRU 9/22 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 6743 |
| **PA DEPARTMENT OF REVENUE***<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG, PA  17128-0946 | Trustee Claim Number: 39  INT %: 0.00%<br>Court Claim Number: 11<br>CLAIM: 395.78<br>COMMENT: 9172*CL11GOV*NT/SCH-PL | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 8073 |
| **PA DEPARTMENT OF REVENUE***<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG, PA  17128-0946 | Trustee Claim Number: 40  INT %: 0.00%<br>Court Claim Number: 11<br>CLAIM: 118.36<br>COMMENT: 9172*NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8073 |

| CLAIM RECORDS | | |
|---|---|---|
| **JEFFERSON CAPITAL SYSTEMS LLC*** | Trustee Claim Number:41  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 772813 | Court Claim Number:10 | ACCOUNT NO.:  4041 |
| | CLAIM:  1,473.76 | |
| CHICAGO, IL  60677-2813 | COMMENT:  REF 3455826261*NT/SCH*FINGERHUT | |
| **JEFFERSON CAPITAL SYSTEMS LLC*** | Trustee Claim Number:42  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 772813 | Court Claim Number:14 | ACCOUNT NO.:  9544 |
| | CLAIM:  577.01 | |
| CHICAGO, IL  60677-2813 | COMMENT:  REF 3474438505*NT/SCH*FIRST PREMIER*STALE | |