IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>David Roy Russell and Leslie Ann Russell,<br>Debtor(s) | Bankruptcy No. 22-21814-JAD<br><br>Chapter 13 |
| David Roy Russell and Leslie Ann Russell,<br>Movant(s)<br>v.<br><br>No Respondent(s) | Document No. 47 |

### CERTIFICATE OF NO OBJECTION REGARDING MOTION FOR POST-PETITION FINANCING TO PURCHASE VEHICLE

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Post-Petition Financing to Purchase Vehicle filed on May 12, 2025 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than June 2, 2025.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court

Date of Service: June 3, 2025

Respectfully submitted,

*/s/ Corey J. Sacca*
Corey J. Sacca, Esquire
20 N. Pennsylvania Ave, Suite 201
Greensburg, PA  15601-2337
csacca@bononilaw.com
(724) 832-2499
PA ID# 306741