**DEFAULT O/E JAD**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>David Roy Russell and Leslie Ann Russell,<br>Debtor(s)<br><br>David Roy Russell and Leslie Ann Russell,<br>Movant(s)<br>v.<br><br>No Respondent(s) | Bankruptcy No. 22-21814-JAD<br><br>Chapter 13<br><br>Related to<br>Document No. 47 |

ORDER OF COURT

AND NOW, to wit, this \_\_\_\_20th\_\_\_\_ day of \_\_\_\_June_____, 2025, it is hereby ORDERED, ADJUDGED, and DECREED, that:

1. The Debtor(s), David Roy Russell and Leslie Ann Russell is approved to obtain a loan for no more than $25,000.00 with a monthly payment of no more than $500.00 per month with an interest rate of no more than 21%;

2. No further payments shall be made to Crescent Bank & Trust, Inc. All payments previously made to Crescent Bank & Trust, Inc. are accepted by the Debtor(s). Debtor(s) shall surrender the collateral to Crescent Bank & Trust, Inc.

3. The vehicle must be purchased within sixty (60) days of the date of this Order;

4. The Debtor will file a report of financing within 10 days of the purchase of the vehicle.

5. Debtor shall file an Amended Chapter 13 Plan within 10 days of the purchase of the vehicle.

BY THE COURT:

*[signature]* sjk

Jeffery A. Deller, Judge
United States Bankruptcy Court

FILED
6/20/25 8:08 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-21814-JAD |
| David Roy Russell | Chapter 13 |
| Leslie Ann Russell | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jun 20, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David Roy Russell, Leslie Ann Russell, 3013 Route 259, Bolivar, PA 15923-2140 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 20, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Corey J. Sacca | on behalf of Debtor David Roy Russell csacca@bononilaw.com coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;3230706420@filings.docketbird.com |
| Corey J. Sacca | on behalf of Joint Debtor Leslie Ann Russell csacca@bononilaw.com coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;3230706420@filings.docketbird.com |
| Denise Carlon | on behalf of Creditor Towd Point Mortgage Trust 2019-4  U.S. Bank National Association, as Indenture Trustee dcarlon@kmllawgroup.com |
| Kevin J. Petak | on behalf of Creditor 1st Summit Bank kpetak@spencecuster.com skosis@spencecuster.com;petak.kevinb119375@notify.bestcase.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Jun 20, 2025 | Form ID: pdf900 | Total Noticed: 1 |

Michelle L. McGowan
    on behalf of Creditor Towd Point Mortgage Trust 2019-4  U.S. Bank National Association, as Indenture Trustee mimcgowan@raslg.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 7