UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>David Roy Russell and Leslie Ann Russell<br>Debtor(s) | Bankruptcy No. 22-21814-JAD<br><br>Chapter 13<br><br>Related to Document No. 50<br><br>Document No. |

**REPORT OF FINANCING**

      This Court by order dated June 20, 2025, Doc. No. 50, authorized the Debtors to obtain a loan for no more than $25,000.00 and with a monthly payment of less than $500.00. The Debtors' purchased a 2022 Kia Sorrento on July 5, 2025. The outstanding principal balance of the loan for the purchase is $24,076.65. The monthly vehicle payment is $498.97. The loan provider is Global Lending Services, PO Box 970, Wilmington, OH 45177. Debtors will provide further payment address and account number details to Chapter 13 Trustee as soon as received by Debtors.

Dated 7/23/2025

/s/ Corey J. Sacca
Corey J. Sacca, Esquire
PA ID 306741
Bononi & Company, P.C.
20 North Pennsylvania Ave.
Greensburg, PA 15601
724-832-2499
csacca@bononilaw.com